```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
J&J SPORTS PRODUCTIONS,                                     :
                                    Plaintiff,              :
                                                            :
                  -against-                                 :
                                                            :
EDDIE HERNANDEZ, ET AL.,                                    :
                                                            :
                                    Defendants.             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

19 Civ. 3103 (LGS)

OPINION & ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the Court's August 6, 2019 Case Management Plan and Scheduling Order ("CMP") (Dkt. No. 36), fact discovery closed October 30, 2019, and the case is scheduled for a final pre-motion conference on **November 19, 2019.** As stated in that order, if timely pre-motion letters are not filed, the conference will be cancelled, no dispositive motions will be accepted and the case will be set for trial;

WHEREAS, on August 6, 2019 (Dkt. No. 35), the Court referred this matter for settlement purposes only to Magistrate Judge Parker, and noted on the CMP that "the parties shall be referred now for a settlement conference, and may schedule a time far enough out that they can complete any necessary discovery to facilitate settlement."

WHEREAS, the parties' letters at Dkt. Nos. 61 and 61-1, addressed to Judge Parker -- regarding rescheduling a November 26, 2019, settlement conference -- state that the parties have not yet completed discovery and that Defendants have been unresponsive to Plaintiff's discovery requests. It is hereby

**ORDERED** that the deadlines in the Court's August 6, 2019 Order (Dkt. No. 36), remain in effect; settlement discussions and motions do not stay case deadlines. Nevertheless, in light of

the anticipated settlement conference, the November 19, 2019, 10:30 a.m. pre-motion conference is adjourned until **December 17, 2019, at 10:30 a.m.**  The parties are reminded that they must file any pre-motion letters, proposing dispositive motions, at least two weeks in advance.

Dated: November 14, 2019
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**