USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J&J SPORTS PRODUCTIONS,

                                   Plaintiff,

                    -against-

EDDIE HERNAMDEZ, et al.,

                                   Defendants.

-----------------------------------------------------------------X

**ORDER CONVERTING
SETTLEMENT CONFERENCE TO
TELEPHONE CONFERENCE**

**19-CV-3103 (LGS)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Settlement Conference in this matter scheduled for **Tuesday, November 26, 2019 at**

**2:00 p.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed

to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line.

Please dial 212-805-0234.

        SO ORDERED.

Dated: November 19, 2019
        New York, New York

                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge