```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
J&J SPORTS PRODUCTIONS,                                     :
                                        Plaintiff,          :
                                                            :      19 Civ. 3103 (LGS)
              -against-                                     :
                                                            :              ORDER
EDDIE HERNANDEZ, ET AL.,                                    :
                                                            :
                                        Defendants.         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a case management conference ("CMC") is scheduled for December 17, 2019. The Case Management Plan and the Order at Dkt. No. 63 require the parties to file pre-motion letters, proposing any dispositive motions, at least two weeks before the CMC, or by December 3, 2019. Otherwise, if no motions are proposed, this case will be set for trial;

WHEREAS, the parties will have a settlement telephone conference before Judge Parker on December 9, 2019. It is hereby

**ORDERED** that, unless the parties file pre-motion letters or request an extension by **December 6, 2019**, this case will be set for trial. The parties are reminded that settlement discussions do not stay case deadlines.

Dated: December 4, 2019
       New York, New York

_____
          **LORNA G. SCHOFIELD**
       **UNITED STATES DISTRICT JUDGE**