```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
J&J SPORTS PRODUCTIONS, INC.,                               :
                                Plaintiff,                  :
                                                            :           19 Civ. 3103 (LGS)
                  -against-                                 :
                                                            :                 ORDER
EDDIE HERNANDEZ, ET AL.,                                    :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2020

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. The parties may file their proposed stipulations of dismissal within this time period. Any pending deadlines and conferences are CANCELED.

Dated: January 13, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**